UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------

SCHENECTADY HARDWARE &
ELECTRIC CO., INC.

                  Plaintiff;

    -v-

LES LOOMIS; BETHLEHEM
CENTRAL SCHOOL DISTRICT,

                Defendants.
--------------------------------

1:05-CV-599

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 0 1 2006

LAWRENCE K. BAERMAN, Clerk
UTICA

DAVID N. HURD
United States District Judge

## ORDER

Pursuant to the oral decision, entered into the record after hearing oral argument on June 1, 2006, via video conference between the Utica and Albany federal courthouses, it is hereby ORDERED that

Defendants Les Loomis and Bethlehem Central School District's motion for summary judgment is GRANTED. The complaint is DISMISSED in its entirety.

IT IS SO ORDERED.

The Clerk is directed to enter judgment accordingly.

                                            [signature]
                                            United States District Judge

Dated: June 1, 2006
      Utica, New York.